## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI-DADE DIVISION
### Case No. 1:18-cv-24436

Tonya James, individually and on behalf of all others similarly situated;
    Plaintiff,

v.

Federated Law Group, PLLC,

Absolute Resolutions Investments, LLC and

John Does 1-25,
    Defendant.

_____/

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for all parties in the above captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** April 10, 2019

| For Plaintiff Tonya James | For Defendant Federated Law Group, PLLC |
|---|---|
| */s/ Justin Zeig*<br>Justin Zeig, Esq.<br>Zeig Law Firm, LLC<br>3595 Sheridan Street, Ste 103<br>Hollywood, FL 33021<br>justin@zeiglawfirm.com | */s/ Erika Michele Ida Flo Smith*<br>Erika Michele Ida Flo Smith, Esq.<br>Messer Strickler, Ltd<br>12227 San Jose Blvd Suite 720<br>Jacksonville, FL 32223<br>esmith@messerstrickler.com |

## CERTIFICATE OF SERVICE

I certify that on April 10, 2019, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

> */s/ Justin Zeig*
> Justin Zeig
> Zeig Law Firm, LLC
> 3595 Sheridan Street, Ste 103
> Hollywood, FL 33021
> justin@zeiglawfirm.com
> *Attorneys for Plaintiff*